# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JUSTIN E. LEWIS,

        Plaintiff,

v.

RYAN PUGH,

        Defendants.

Case No. 3:17-cv-05227-MJP-TLF

ORDER DENYING DEFENDANTS' MOTION TO DISMISS

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge and the remaining record, and having received no objections, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation; and

(2)    Defendants' Motion to Dismiss is DENIED.

Dated this 16th day of January, 2018.

Marsha J. Pechman
United States District Judge

ORDER DENYING DEFENDANTS' MOTION TO DISMISS - 1