UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN EDWARD LEWIS,

                Plaintiff,

      v.

RYAN PUGH,

                Defendant.

CASE NO. C17-5227 MJP

ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Justin E. Lewis, acting by and through Plaintiff's Attorneys Dan Fiorito and Dean Williams, and the Defendant State of Washington, Ryan Pugh, acting by and through Robert W. Ferguson, Attorney General, and Christopher Clay, Assistant Attorney General, that the above-entitled action as to Defendant Ryan Pugh may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendant State of Washington.

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore ORDERS that Defendant Ryan Pugh shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 30, 2020.

Marsha J. Pechman
United States District Judge